# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a residence and vehicle associated with Matthew STEFFES | ) ) ) ) ) ) Case No. 20-948M(NJ) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841; Title 18, United States Code, Section 922(g) | PWID marijuana and felony possession of a firearm |

The application is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Matthew P. Mason*
*Applicant's signature*

ATF SA Matthew Mason
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: April 23, 2020

*Nancy Joseph*
*Judge's signature*

City and state: Milwaukee, Wisconsin

Hon. Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS

I, Matthew Mason, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been so employed since 2015. Before that time, I was a police officer with the Calumet City Police Department from 2003 until 2015. In that capacity I have investigated various federal crimes, including violations of Title 18, United States Code, Section 922, and Title 21, United States Code, Sections 5861(d) and 5861(f). I am also working with various other local, state and federal agencies as part of Operation Relentless Pursuit, a federal initiative intended to combat violent crime in seven cities, including Milwaukee.

2. This affidavit is submitted in support of an application for a search warrant to seek evidence of (i) illegal possession of a firearm by a prohibited person, in violation of Title 21, United States Code, Section 922(g); and (ii) possession of a controlled substance (marijuana) with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The places to be searched are 4422 W. Tesch Avenue, Greenfield, WI, a townhome featuring brick and white siding that is the residence of Matthew STEFFES, and a black BMW 750LI, registered AGG8989 to STEFFES, which is currently parked at 4422 W. Tesch Avenue.

3. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this

1

investigation, and with whom your affiant has had regular contact regarding this investigation. Because this affidavit is submitted for the limited purpose of securing authorization for a search warrant, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrants

4. Matthew STEFFES (DOB: 4/23/1996) is a felon, having been convicted of, inter alia, felony theft (Milwaukee County Circuit Court Case No. 2004CF2138), first degree sexual assault of a child (Milwaukee County Circuit Court Case No. 2001CF979), second degree sexual assault of a child (same), and child enticement-prostitution (same).

5. STEFFES is currently required to wear a GPS device that facilitates location monitoring.

6. STEFFES was charged with tampering with that same GPS device, in Milwaukee County Circuit Court Case No. 2020CF1570, and a felony warrant was issued for his arrest.

7. Law enforcement knows that STEFFES resides at 4422 W. Tesch Avenue, Greenfield, WI, based on prior contacts with him there.

8. On April 23, 2020, law enforcement attempted to arrest STEFFES at 4422 W. Tesch Avenue, Greenfield, WI. Officers believed STEFFES was home that morning because his vehicle (a black BMW 750LI, registered AGG8989 in STEFFES' name) was at the residence. Officers attempted to call STEFFES out of the home, but he did not come out. Officers thereafter entered the residence and arrested STEFFES.

2

9. Inside the residence, observed in plain-view by officers, were ammunition, firearms, body armor, glass jars containing cannabis, and various indicia of occupancy by STEFFES. The strong odor of burnt marijuana was also prevalent in the residence.

10. The firearms in plain view at STEFFES' residence included what appeared to be a handgun manufactured by Glock and a SKS-style rifle. Neither type of firearm is commonly manufactured in Wisconsin.

11. Officers observed housing insulation underneath the attic door in STEFFES's residence. In an attempt to "clear" the residence and assure that no additional persons were hiding in the attic, officers used a polecam to examine the attic. That polecam seemed to reveal the presence of at least one other firearm in the attic.

12. In my training and experience, I know that persons engaged in illegal activities, including the distribution of controlled substances and the possession of prohibited weapons, will frequently hide their contraband in an attempt to evade law enforcement. Frequently used hiding places include attics, basements, storage units, and the trunks of personal vehicles.

13. Officers have "frozen" the scene at STEFFES' residence, and are currently awaiting issuance of a search warrant.

# ATTACHMENT A
# PLACES TO BE SEARCHED

The places to be searched are:

- 4422 W. Tesch Avenue, Greenfield, WI, a townhome featuring brick and white siding that is the residence of Matthew STEFFES; and

- a black BMW 750LI, registered AGG8989 to Matthew STEFFES, which is currently parked at 4422 W. Tesch Avenue, Greenfield, WI.

4

# ATTACHMENT B
# ITEMS TO BE SEIZED

All materials and records relating to violations of 18 U.S.C. § 922(g) or 21 U.S.C. § 841(a)(1), including but not limited to:

> All controlled substances, firearms, ammunition, body armor, silencers and other materials that felons are prohibited from possessing under federal law;
>
> Financial records, documents, statements, receipts, or other evidence of control or purchase of controlled substances, firearms, ammunition, body armor, silencers and other materials that felons are prohibited from possessing under federal law;
>
> Indicia of residency; and
>
> Cellular telephones and all electronic storage areas on the device including stored telephone numbers, recently called numbers list, text messages, digital audio and or video recordings, pictures, settings, and any other user defined settings and/or data.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).